NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
tfriedman@toddflaw.com

ATTORNEY(S) FOR: Plaintiff, CHRISTOPHER LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE, individually, and on behalf of other members of the general public similarly si,<br>Plaintiff(s),<br>v.<br>WORLD TECH TOYS, INC., and DOES 1-10 Inclusive,<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for CHRISTOPHER LEE or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| CHRISTOPHER LEE | PLAINTIFF |
| WORLD TECH TOYS, INC. | DEFENDANT |

June 2, 2017
Date

s/Todd M. Friedman
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, CHRISTOPHER LEE